**No. 10-8922. Rasheed Nifas, Petitioner v. John E. Wetzel, Acting Secretary, Pennsylvania Department of Corrections, et al.**

563 U.S. 1042, 131 S. Ct. 2984, 180 L. Ed. 2d 265, 2011 U.S. LEXIS 4364.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 941, 131 S. Ct. 2103, 179 L. Ed. 2d 901, 2011 U.S. LEXIS 2999.

**No. 10-8933. Judith A. Decker-Wegener, Petitioner v. Michael H. Wegener, et al.**

563 U.S. 1042, 131 S. Ct. 2985, 180 L. Ed. 2d 265, 2011 U.S. LEXIS 4236.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 942, 131 S. Ct. 2105, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 3170.

**No. 10-9036. Harry McDonald, Petitioner v. Illinois.**

563 U.S. 1042, 131 S. Ct. 2985, 180 L. Ed. 2d 265, 2011 U.S. LEXIS 4301.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2737.

**No. 10-9192. In re Carlos Moore, Petitioner.**

563 U.S. 1042, 131 S. Ct. 2985, 180 L. Ed. 2d 265, 2011 U.S. LEXIS 4290.

June 6, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1285, 131 S. Ct. 1715, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2167.

**No. 10-9242. Richard Williams, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 1042, 131 S. Ct. 2985, 180 L. Ed. 2d 265, 2011 U.S. LEXIS 4359.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 947, 131 S. Ct. 2145, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 3041.

**No. 10-9340. LeRoy K. Wheeler, Petitioner v. Robyn T. Scmalenberger, Warden.**

563 U.S. 1042, 131 S. Ct. 2985, 180 L. Ed. 2d 265, 2011 U.S. LEXIS 4195.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 947, 131 S. Ct. 2119, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 3102.

**No. 10-9471. Jay Berger, Petitioner v. United States.**

563 U.S. 1043, 131 S. Ct. 2985, 180 L. Ed. 2d 265, 2011 U.S. LEXIS 4262.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 950, 131 S. Ct. 2127, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2976.